

CJ 7635
Parrish

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| Denver Cook, | ) | |
| Plaintiff, | ) ) ) | FILED IN THE DISTRICT COURT OKLAHOMA COUNTY, OKLA. OCT 2 4 2011 |
| v. | ) ) | Case No. PATRICIA PRESLEY, COURT CLERK by_____ DEPUTY |
| Commerce and Industry Insurance Company, | ) ) ) | CJ-2011-7635 |
| Defendant. | ) | |

## PETITION

Plaintiff brings his breach of contract action against Defendant Commerce and Industry Insurance Company and alleges and states as follows:

### JURISDICTION AND VENUE

1. The amount in controversy exceeds $75,000.00 exclusive of interest and costs, thus giving this Court jurisdiction.

2. Venue in this Court is appropriate because the Defendant is a foreign insurance corporation with assets and debts in Oklahoma County and their registered service agent, the Oklahoma Insurance Commissioner, is located in Oklahoma County.

### CAUSE OF ACTION

3. On or about April 15, 2008, Plaintiff was involved in a one vehicle accident caused solely by the negligent maintenance of the vehicle of Plaintiff's employer. Plaintiff notified his employer of numerous problems with the truck he was required to drive including the truck's inability slow down and properly transfer gears.

EXHIBIT 2

4. Plaintiff sustained serious personal injuries resulting in the following elements of damages, both past and future: pain, suffering, permanent disability, permanent disfigurement, mental anguish, medical expense, wage loss, and loss of enjoyment and quality of life.

5. The truck being driven by Plaintiff for his employer was insured under a policy by Defendant. This policy affords Plaintiff uninsured/underinsured coverage of $1,000,000.

6. Plaintiff's damages exceed the amounts available under that coverage.

7. Defendant has failed to tender those policy limits.

**WHEREFORE**, Plaintiff demand judgment against Defendant in an amount in excess of $75,000.00, together with interest, costs and any further relief the court deems equitable, just and available to Plaintiffs by law.

Respectfully submitted,

BURTON & ASSOCIATES, P.C.

Michael P. Hill, OBA # 20728
W. Cullen McMahon, OBA # 21020
BURTON & ASSOCIATES, P.C.
308 NW 13th St, Suite 100
Oklahoma City, OK 73103
405.232.0555 phone
405.232.1849 fax

*Attorneys for Plaintiff*

**ATTORNEYS LIEN CLAIMED**
**PRE-JUDGEMENT INTEREST CLAIMED**