**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DENVER COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:12-cv-00064-M |
| ) | |
| COMMERCE AND INDUSTRY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, Denver Cook, and Defendant, Commerce and Industry Insurance Company, file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1. Plaintiff is Denver Cook; Defendant is Commerce and Industry Insurance Company.

2. On October 24, 2011 Plaintiff filed suit against Defendant in the District Court for Oklahoma County. This matter was removed to this Court on January 12, 2012.

3. Plaintiff moves to dismiss this suit with prejudice.

4. Defendant agrees to this dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by a federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice to refiling.

10. Each party acknowledges and agrees that they are responsible for paying their own attorney's fees and costs.

Respectfully submitted,

/s Michael Hill
_____
Michael P. Hill, OBA #20728
308 NW 13th Street, Suite 100
Oklahoma City, OK 73103
(405) 232-0555 telephone
(405) 232-1849 facsimile
mike@burtonlaw.com
*Attorney for Plaintiff*

/s Tara Tannehill
_____
Michael Carr, OBA #17805
Jane Cowdery, OBA #13920
Tara Tannehill, OBA #30749
Holden & Carr
15 East 5th Street, Suite 3900
Tulsa, OK 74103
(918) 295-8888 telephone
(918) 295-8889 facsimile
mikecarr@holdenlitigation.com
janecowdery@holdenlitigation.com
taratannehill@holdenlitigation.com
*Attorneys for Defendant*